Stephen H. Marcus, Esq. (CSBN 48294)
Gittler Bradford & Berg
10537 Santa Monica Blvd., 3rd Floor
Los Angeles, CA 90025
tele: (310) 474-4007

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford<br><br>Plaintiff(s)<br>v.<br><br>Dinos Pizza and Wings, Inc. et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:20-cv-01552-JGB (SHKx)<br><br>**MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): January 8, 2020.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
   　☐ Plaintiff or plaintiff's representative failed to appear.
   　☐ Defendant or defendant's representative failed to appear.
   　☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on January 8, 2020 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: January 11, 2021

*Stephen Marcus* (signature)
Signature of Mediator

Stephen H. Marcus
Name of Mediator (print)

The Mediator is to electronically file original document.