Babak Hashemi, Esq. (State Bar No. 263494)
**THE LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel: (949) 464-8529
Fax: (949) 259-4548
Email: BabakHashemiLaw@gmail.com

Attorneys for Plaintiff JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DINO'S PIZZA AND WINGS, INC., a California corporation; DOOTSON BASELINE PROPERTY, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: **5:20-cv-01552-JGB-SHK** <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)A(ii)** |

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that:

1. The Parties have reached a settlement that includes a confidentiality provision;

2. The Complaint and action asserted by Plaintiff will be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3. The Parties will bear their own respective costs and attorneys' fees.

Dated: January 26, 2021           **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
Babak Hashemi, Esq.
Attorney for Plaintiff

| | |
|---|---|
| Dated: January 26, 2021 | **The Anorga Law Firm, Inc.** |
| | By: <u>//s/ Omar S. Anorga</u><br>Omar S. Anorga, Esq<br>Attorneys for Defendants |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED:  January 27, 2021 | **LAW OFFICES OF BABAK HASHEMI, ESQ.** |
| | By: <u>*/s/ Babak Hashemi*</u><br>     Babak Hashemi |

-2-

STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER
FED. R. CIV. P. 41(a)(1)