UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>DINO'S PIZZA AND WINGS, INC., a California corporation; DOOTSON BASELINE PROPERTY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>       Defendants. | **Case No.: 5:20-cv-01552-JGB-SHK**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice.  Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: January 28, 2021

United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**
**1**